UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY __ D.C.

05 AUG 31  PM 2: 05

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| **LOUISE AFFLIS,** | **JUDGMENT IN A CIVIL CASE** |
| Plaintiff, | |
| V. | |
| **BAPTIST MEMORIAL HOSPITAL,** d/b/a **BAPTIST MEMORIAL HOSPITAL - COLLIERVILLE,** | **CASE NO: 2:03-2714-B** |
| Defendant. | |

This action came on for trial before the Court and a jury on August 29, 2005, the Honorable J. Daniel Breen, U.S. District Judge, presiding;

At the conclusion of plaintiff's proof, the Court concluded that, when the facts are viewed in the light most favorable to plaintiff, no reasonable jury could return a verdict against the defendant, and granted defendant's motion for judgment as a matter of law;

**IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of defendant, Baptist Memorial Hospital, d/b/a Baptist Memorial Hospital - Collierville, and that plaintiff, Louise Afflis, take nothing, and that the action is hereby dismissed on the merits.

**APPROVED:**

_____
**J. DANIEL BREEN**
**UNITED STATES DISTRICT COURT**

8/31/06
Date

**THOMAS M. GOULD**
_____
**Clerk of Court**

Earline Drayer
**(By) Deputy Clerk**

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on  9-1-05

(77)

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 77 in case 2:03-CV-02714 was distributed by fax, mail, or direct printing on September 1, 2005 to the parties listed.

---

David A. McLaughlin
COCHRAN CHERRY GIVENS SMITH & BOLTON
One Commerce Square
Ste. 2600
Memphis, TN 38103

Shannon E. Holbrook
HARRIS SHELTON DUNLAP COBB & RYDER
One Commerce Square
Ste. 2700
Memphis, TN 38103

Elijah Noel
HARRIS SHELTON DUNLAP COBB & RYDER
One Commerce Square
Ste. 2700
Memphis, TN 38103

James L. Kirby
HARRIS SHELTON DUNLAP COBB & RYDER
One Commerce Square
Ste. 2700
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT